IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-CV-01253-MSK-MJW

RICHARD TEBO, et al.,

Plaintiff(s),

v.

LAURA M. BAKOS, et al.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that Plaintiffs' Motion for Leave to Amend Their First Amended Complaint (docket no. 47) is **DENIED WITHOUT PREJUDICE**.  In this case, Renee Tebo, one of the Plaintiffs, requests that this court allow her to amend the First Amended Complaint to add a claim for aggravation of Muscular Sclerosis and/or accelerated by the trauma sustained in the accident underlying this litigation.  The court finds that Plaintiffs have failed to demonstrate in their motion the requirements of Fed. R. Civ. P. 11(b)(3) that the allegations and factual contentions have evidentiary support.  At best, Plaintiffs can only state the following:

> **"Renee Tebo has recently been diagnosed with Muscular Sclerosis. Plaintiff's counsel has submitted her medical records for review to a leading authority in the field of Muscular Sclerosis and trauma, to determine whether or not her diagnosis is causally linked to the trauma suffered in the accident made the basis of this lawsuit."**

This averment is pure speculation, at this junction, without further medical support.  See paragraph I on page 1 of Plaintiffs' Motion for Leave to Amend Their First Amended Complaint.

Date:  August 3, 2005