IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 04-cv-01253-MSK-MJW

RICHARD TEBO and
RENEE TEBO,

      Plaintiffs,

v.

LAURA M. BAKOS, and
LEVTZOW LIMO, LLC, d/b/a Mountain Limo Deluxe, LLC,

      Defendants.

_____

**ORDER REGARDING STIPULATION FOR DISMISSAL WITH PREJUDICE**
_____

THIS MATTER comes before the Court on the Parties' Stipulation for Dismissal with Prejudice filed by the Parties and the Court having reviewed the file and being fully advised in this matter, hereby,

ORDERS that all claims by Renee Tebo are dismissed from this case with prejudice, each party shall bear its own attorney's fees and costs. All future pleadings shall delete Plaintiff Renee Tebo's name from the caption.

Dated this 12th day of August, 2005.

BY THE COURT:

_____

Marcia S. Krieger
United States District Judge