IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01253-MSK-MJW

RICHARD TEBO

        Plaintiffs,

v.

LAURA M. BAKOS, and
LEVTZOW LIMO LLC, doing business as MOUNTAIN LIMO DELUXE LLC,

        Defendants.

---

## ORDER RE: STIPULATED MOTION TO AMEND PRE-TRIAL ORDER
(Docket No. 65)

This matter having come before this Court on Defendants' Stipulated Motion to Amend Pre-Trial Order to include the testimony, qualifications and reports of expert witness, Jeffrey B. Kleiner, M.D. of Spine Consultants, P.C and the Court being duly advised in the premises does hereby grants the motion.

Testimony may be given by Defendants' expert witness, Jeffrey B. Kleiner, M.D. of spine Consultants, P.C., which may include his qualifications and reports.

Dated this 13TH day of October, 2005.

                                  U.S. District Court Magistrate

                                  MICHAEL J. WATANABE
                                  U.S. MAGISTRATE JUDGE