IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 04-cv-01253-MSK-MJW

RICHARD TEBO,

    Plaintiff,

v.

LAURA M. BAKOS, and
LEVTZOW LIMO, LLC, d/b/a Mountain Limo Deluxe, LLC,

    Defendants.

## ORDER REGARDING COMPLIANCE WITH RULES

    THIS MATTER comes before the Court on the Motion In Limine **(#71)** filed October 28, 2005. A review of the Motion indicates that Movant has not complied with applicable provisions of the Federal Rules of Civil Procedure or the Local Rules of this Court, specifically:

    a. D.C.COLO.L.CivR.

        a)_____ 5.1(F) no certificate of service
        b)_____ 6.1(C) motion for extension of time should state date certain, etc.
        c)_____ 6.1(D) proof of service to client
        c)\_\_X\_\_ 7.1(A) duty to confer or make good faith effort to confer
        d)_____ 7.1(B) unopposed motion not titled as such
        f)_____ 7.1(C) sets deadlines for motions and excludes new motion in response\*\*
        *A motion shall not be included in a response or reply to the original motion. A motion shall be made in a separate paper.*
        g)_____ 7.1(F) no proposed order
        h)_____ 10.1(J) caption
        h)_____ 56.1(A) MSJ not accompanied by brief
        i) _____ 56.1(B) cross motion not to be included in response brief
        j) _____ 83.3(D) motion to withdraw as counsel w/o notice

    b.  FED.R.CIV.P./Other:
        a) \_\_\_\_\_
        b) \_\_\_\_\_
        c) \_\_\_\_\_

**IT IS THEREFORE ORDERED** that the Motion **(#71)** is **DENIED** without prejudice.

Dated this 31st day of October, 2005.

BY THE COURT:

*[signature: Marcia S. Krieger]*

Marcia S. Krieger
United States District Judge