IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-01253-MSK-MJW

RICHARD TEBO,

      Plaintiff,

v.

LAURA M. BAKOS, and
LEVTZOW LIMO, LLC, d/b/a Mountain Limo Deluxe, LLC,

      Defendants.

_____

## ORDER
_____

      **THIS MATTER** comes before the Court pursuant to Plaintiff's Motion to Dismiss with Prejudice All Pending Claims Against Laura M. Bakos Only **(#79)** and Plaintiff's Motion for Magistrate Settlement Conference **(#80)**.

      1.  The Plaintiff has not complied with applicable provisions of the Federal Rules of Civil Procedure or the United States District Court for the District of Colorado Local Rules of Practice dated April 15, 2002, specifically, D.C.COLO.LCivR 7.1(A),

      2.  The Plaintiff did not submit a proposed order as part of the electronic filing, nor submit a proposed order in WordPerfect or Word  format to chambers by electronic mail.  Both acts are required by D.C. Colo. ECF Proc. V.L.2.

      **IT IS THEREFORE ORDERED** that Motions **#79** and **#80** are **DENIED**, without prejudice.

DATED this 15th day of March 2006.

BY THE COURT:

Marcia S. Krieger
United States District Judge