IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-01253-MSK-MJW

RICHARD TEBO,

      Plaintiff,

v.

LAURA M. BAKOS, and
LEVTZOW LIMO, LLC, d/b/a Mountain Limo Deluxe, LLC,

      Defendants.

_____

## ORDER OF DISMISSAL WITH PREJUDICE AS TO LAURA M. BAKOS ONLY
_____

THIS MATTER comes before the Court on Plaintiff's Amended Unopposed Motion to

Dismiss With Prejudice All Pending Claims Against Laura M. Bakos Only (#83), and the Court

having considered this unopposed motion finds that it should be in all things granted for the

following reasons:

      a. The motion is unopposed

      b. The form of the motion was approved by the attorney for Laura M. Bakos.

      It is therefore;

      ORDERED, ADJUDGED AND DECREED, that all pending causes of action against

Laura M. Bakos only are dismissed with prejudice. All future pleadings shall bear an amended

caption.

DATED this 20th day of March 2006.

**BY THE COURT:**

Marcia S. Krieger
United States District Judge