IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-01253-MSK-MJW

RICHARD TEBO,

    Plaintiff,

v.

LEVTZOW LIMO, LLC, d/b/a Mountain Limo Deluxe, LLC,

    Defendants.

_____

## ORDER
_____

**THIS MATTER** comes before the Court on Plaintiff's Unopposed Motion to Excuse Plaintiff from Mandatory Appearance at Final Trial Preparation Conference Set on April 25, 2006 or in the Alternative Motion for Leave for Plaintiff to Appear by Telephone at Final Trial Preparation Conference Set for April 25, 2006 **(#94)**. The Court being advised in the premises,

**HEREBY GRANTS** the motion and **ORDERS**,

Dr. Richard Tebo is excused from the mandatory requirement of personal appearance at the Final Trial Preparation Conference set for April 25, 2006 if he appears by phone and arrangements for such appearance are made with Maureen Nelson CRD at least 48 hours before the hearing.

DATED this 4th day of April 2006.

                                                **BY THE COURT:**

                                        *Marcia S. Krieger*
                                        _____

                                        Marcia S. Krieger
                                        United States District Judge