IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-01253-MSK-MJW

RICHARD TEBO,

    Plaintiff,

v.

LEVTZOW LIMO, LLC, d/b/a Mountain Limo Deluxe, LLC,

    Defendants.

## ORDER DENYING MOTION TO AMEND

THIS MATTER comes before the Court on the Plaintiff's Motion for Leave to File Second Amended Complaint **(#96)**. Having considered the same, the Court

**FINDS** and **CONCLUDES** that:

A final pretrial order has been issued in this case. Therefore, the motion is untimely. The Plaintiff has not established that there will be manifest injustice if the final pretrial order is not amended. *See* Fed. R. Civ. P. 16(e); *Davey v. Lockheed Martin Corp.*, 301 F.3d 1204, 1208 (10th Cir. 2002).

**IT IS THEREFORE ORDERED** that the motion **(#96)** is **DENIED**.

Dated this 24th day of April, 2006

                                              **BY THE COURT:**

                                              Marcia S. Krieger
                                              United States District Judge