IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-01253-MSK-MJW

RICHARD TEBO,

      Plaintiff,

v.

LEVTZOW LIMO, LLC, d/b/a Mountain Limo Deluxe, LLC,

      Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

THIS MATTER is before the Court on the Stipulation for Dismissal with Prejudice **(#105)** filed May 16, 2006. The Court having reviewed the foregoing:

**ORDERS** that the above-captioned matter is dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. *The Clerk shall close this case.*

DATED this 16th day of May, 2006.

                                                       **BY THE COURT:**

                                                       Marcia S. Krieger
                                                       United States District Judge